UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PUBLIC CITIZEN,**<br><br>     **Plaintiff,**<br><br>     v.<br><br>**CLERK, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA,**<br><br>     **Defendant.** | Civil Action No. 06-0523 (JDB) |

## ORDER

Pursuant to the status hearing held on this 28th day of April, 2006, it is hereby

ORDERED that plaintiff's motion for summary judgment shall be filed by not later than May 9, 2006; it is further

ORDERED that defendant's opposition to plaintiff's motion and defendant's motion to dismiss or, in the alternative, for summary judgment shall be filed by not later than May 30, 2006; it is further

ORDERED that plaintiff's opposition to defendant's motion and reply in support of plaintiff's motion shall be filed by not later than June 13, 2006; it is further

ORDERED that defendant's reply in support of defendant's motion shall be filed by not later than June 27, 2006; it is further

ORDERED that a hearing on the motions is scheduled for July 10, 2006 at 9:30 a.m. in Courtroom 8.

                                             /s/
                                        JOHN D. BATES
                                    United States District Judge

-2-

Copies to:

Adina Rosenbaum
Allison Zieve
Public Citizen Litigation Group
1600 20th St., NW
Washington, DC 20009
Email: arosenbaum@citizen.org, azieve@citizen.org

Brian Kennedy
Sheila Lieberman
U.S. Department of Justice
Civil Division - Federal Programs Branch
P.O. Box 883
Washington, DC 20044