IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC CITIZEN, | ) |
| | ) |
|    Plaintiff | ) |
| | ) |
|    v. | ) Civil Action No. 06-523 |
| | ) Judge Bates |
| CLERK, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA | ) |
| | ) |

To the Clerk of this Court and all parties of record:

Please enter the appearance of Brian G. Kennedy as counsel in this case for defendant, Clerk, United States District Court for the District of Columbia.

          Respectfully submitted,

          *Brian G. Kennedy*
          Brian G. Kennedy (D.C. Bar 228726)
          United States Department of Justice
          Civil Division, Federal Programs Branch
          20 Massachusetts Avenue N.W.  Room 7204
          Washington, D.C.  20530
          Tel.: (202) 514-3357
          Fax: (202) 616-8470
          Email: brian.kennedy@usdoj.gov

          Attorney for Defendants