UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC CITIZEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 06-523 JDB |
| | ) |
| CLERK, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, | ) ) ) |
| | ) |
| Defendant. | ) |

### ORDER

Upon consideration of plaintiff's motion for summary judgment, defendant's cross-motion, and the memoranda, oppositions, and reply memoranda of the parties,

It is hereby this ___ day of _____, 2006,

ORDERED that plaintiff's motion for summary judgment is GRANTED and defendant's motion is DENIED. It is

DECLARED that the Deficit Reduction Act of 2005, designated Public Law No. 109-171, is invalid and not a law under the Constitution of the United States; and it is

FURTHER ORDERED that defendant is enjoined from requiring plaintiff to pay a $350 fee for filing new civil complaints and is enjoined to accept from plaintiff a $250 fee for filing new civil complaints, as stated under 28 U.S.C. § 1914(a).

SO ORDERED.

JOHN D. BATES
United States District Judge