UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PUBLIC CITIZEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-523 JDB |
| | ) | |
| CLERK, UNITED STATES DISTRICT | ) | |
| COURT FOR THE DISTRICT OF | ) | |
| COLUMBIA, | ) | |
| | ) | |
| Defendant. | ) | |

### DECLARATION OF ADINA H. ROSENBAUM

I, Adina H. Rosenbaum, declare as follows:

1.  I am a staff attorney at Public Citizen Litigation Group (PCLG), the litigating arm of Public Citizen.

2.  I have reviewed the PCLG case list and confirmed that, with one exception, Public Citizen has been a plaintiff in a new case filed in the United States District Court for the District of Columbia every year since 1976.  Public Citizen has paid the fee to file a new civil case in this Court every year since 1976.

3.  Over the three year period from 2003-2005, PCLG attorneys represented either Public Citizen or other plaintiffs for whom Public Citizen paid the filing fee in at least thirteen cases filed in this Court.

4.  On April 11, 2006, I went to the clerk's office at the District Court for the District of Columbia to file a new case on behalf of Public Citizen.  I presented the deputy clerk, Maureen Higgins, with my complaint, the other papers necessary to file in the district court, and a check for

$250.  She informed me that the filing fee was now $350.  When I asked her whether she would file

the case with $250, she shook her head no and told me that the filing fee had increased.  After I

provided a check for $350, the complaint and papers were processed and filed.  That case was called

*Public Citizen v. United States Consumer Product Safety Commission*, Case No. 06-662.  (The case

was brought under the Freedom of Information Act and was dismissed after the defendant provided

the requested records.)

    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and

correct.

Executed on May 8, 2006.

                                     /s/
                                     Adina H. Rosenbaum