IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC CITIZEN, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 06-523 |
| ) | Judge Bates |
| CLERK, UNITED STATES DISTRICT ) | |
| COURT FOR THE DISTRICT OF ) | |
| COLUMBIA, ) | |
| ) | |
| Defendant ) | |
| ) | |

## ORDER

This matter, having come before the Court on defendant's motion to dismiss and plaintiff's motion for summary judgment, and the Court being fully advised in the premises and concluding that defendant's motion should be granted and plaintiff's motion denied, IT IS HEREBY ORDERED that defendant's motion to dismiss be and hereby is granted, that plaintiff's motion for summary judgment is denied, and that the Clerk enter a judgment for defendant that plaintiff take nothing.

_____
UNITED STATES DISTRICT JUDGE

_____
Date