IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PUBLIC CITIZEN,

        Plaintiff,

v.

CLERK, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA,

        Defendant.

Civil Action No. 06-523
Judge Bates

## UNOPPOSED MOTION OF PROPOSED *AMICUS CURIAE* CTIA — THE WIRELESS ASSOCIATION FOR LEAVE TO FILE BRIEF IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Michael Altschul
Senior Vice President, General Counsel
CTIA — The Wireless Association
1400 16th Street, N.W.
Suite 600
Washington, DC 20036
TEL: 202.785.0081
FAX: 202.785.8203

Helgi C. Walker (DC Bar 454300)
William S. Consovoy
Seth M. Wood
Wiley Rein & Fielding LLP
1776 K Street, N.W.
Washington, DC 20006
TEL: 202.719.7000
FAX: 202.719.7049

June 9, 2006

**Attorneys for CTIA — The Wireless Association**

CTIA—The Wireless Association ("CTIA"), by its undersigned counsel, moves this Court for leave to file a brief *amicus curiae* in support of Defendants in the above-captioned matter. A copy of the proposed brief is attached. Counsel for *amicus* has communicated with Allison M. Zieve, counsel for Plaintiff and with Brian G. Kennedy, counsel for Defendant, is authorized to represent that neither party opposes the filing of this brief.

CTIA—The Wireless Association ("CTIA") represents all sectors of the wireless communications industry. Members of CTIA include service providers, manufacturers, wireless data and Internet companies, and other industry participants. CTIA frequently participates in Federal Communication Commission ("FCC") proceedings and coordinates efforts to educate government agencies and the public about wireless issues. CTIA has presented its views in testimony before Congress, and has filed numerous *amicus* briefs in the federal courts on behalf of the wireless industry.

CTIA has a strong interest in the current litigation because the spectrum auction mandated by the Digital Television Transition and Public Safety Act of 2005 ("DTV Transition Act"), contained in Title III of the Deficit Reduction Act of 2005 ("DRA"), is among the upcoming FCC-administered auctions for spectrum allocated for commercial wireless services. CTIA's members who are providers of commercial wireless services are potential bidders in that auction. Indeed, CTIA lobbied in support of the "hard date" provision of the DTV Transition Act, which sets a date certain for the completion of the transition from analog to digital broadcasting and thus makes available for auction the spectrum at issue. Given CTIA's participation in the process that led to the enactment of DRA and the interest of its constituent members in the auction mandated by Title III, CTIA has a unique and substantial interest in this proceeding.

Accordingly, CTIA seeks leave to file this brief *amicus curiae* to present its views to the Court on the lawfulness of the DRA and the importance of that legislation to the wireless communications industry and its customers.

**WHEREFORE**, proposed *amicus* CTIA respectfully requests that this Court grant leave to file a brief in support of Defendant's Motion to Dismiss and in Opposition to Plaintiff's Motion for Summary Judgment in this matter.

Dated: June 9, 2006

Respectfully submitted,

WILEY REIN & FIELDING LLP

By: /s/ Helgi C. Walker

Michael Altschul
Senior Vice President, General Counsel
CTIA — The Wireless Association
1400 16th Street, N.W.
Suite 600
Washington, DC 20036
TEL: 202.785.0081
FAX: 202.785.8203

Helgi C. Walker (DC Bar 454300)
William S. Consovoy
Seth M. Wood
Wiley Rein & Fielding LLP
1776 K Street NW
Washington, DC 20006
TEL: 202.719.7000
FAX: 202.719.7049

*Attorneys for CTIA — The Wireless Association*