UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC CITIZEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CLERK, UNITED STATES DISTRICT )<br>COURT FOR THE DISTRICT OF )<br>COLUMBIA, )<br>)<br>Defendant. ) | Civil Action No. 06-523 JDB |

## **ORDER**

Upon consideration of plaintiff's motion for summary judgment, defendant's motion to dismiss, and the entire record herein,

It is hereby this ___ day of _____, 2006,

ORDERED that plaintiff's motion for summary judgment is GRANTED and defendant's motion to dismiss is DENIED. It is

DECLARED that the Deficit Reduction Act of 2005, designated Public Law No. 109-171, is invalid and not a law under the Constitution of the United States; and it is further

ORDERED that defendant is enjoined from requiring plaintiff to pay a $350 fee for filing new civil complaints and is ordered to accept from plaintiff a $250 fee for filing new civil complaints, as stated under 28 U.S.C. § 1914(a).

SO ORDERED.

JOHN D. BATES
United States District Judge