UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC CITIZEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 06-523 JDB |
| | ) |
| CLERK, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, | ) ) ) |
| | ) |
| Defendant. | ) |

**NOTICE OF ERRATUM IN REPLY MEMORANDUM
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Plaintiff Public Citizen submits this notice of erratum to correct an error in its Reply Memorandum in Support of Motion for Summary Judgment and Memorandum in Opposition to Defendant's Motion to Dismiss, filed on June 13, 2006.  Responding to the government's argument that allowing consideration of evidence other than the enrolled bill would be disruptive, page 17 of Public Citizen's reply memorandum cites *State ex rel. Maloney v. McCartney*, 223 S.E.2d 607, 623 (W. Va. 1976), as one of three cases showing that West Virginia has long allowed consideration of extrinsic evidence to determine the constitutionality of a state law.  As the government points out in its reply memorandum (at 10), our pinpoint citation erroneously refers to a page from a dissenting opinion.  The page citation should have been to the majority opinion at page 615, which states the same proposition as the cited page of the dissent—that extrinsic evidence may be used to determine the constitutionality of an enactment—and cites the same case relied on by the dissent for that point.

Dated: June 29, 2006                                    Respectfully submitted,

                                                        /s/  
Allison M. Zieve (D.C. Bar No. 424786)
Adina H. Rosenbaum (D.C. Bar No. 490928)
Brian Wolfman (D.C. Bar No. 427491)
Public Citizen Litigation Group
1600 20th Street, NW
Washington, DC  20009
(202) 588-1000

Counsel for Plaintiff
Public Citizen