IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC CITIZEN, )<br>)<br>    Plaintiff )<br>)<br>    v. )<br>)<br>CLERK, UNITED STATES DISTRICT )<br>  COURT FOR THE DISTRICT OF )<br>  COLUMBIA, )<br>)<br>    Defendant )<br>_____) | Civil Action No. 06-523<br>Judge Bates |

DEFENDANT'S NOTICE OF DEVELOPMENTS
IN OTHER CASES ADDRESSING
<u>CONSTITUTIONALITY OF DEFICIT REDUCTION ACT</u>

At the conclusion of oral argument on July 10, the Court requested that counsel for defendant notify the Court of decisions in other cases addressing the constitutionality of the Deficit Reduction Act.

Our reply brief had cited (at 1 and 21 n.8) *OneSimpleLoan v. Secretary of Education*, 2006 WL 1596768 (S.D.N.Y.), which sustained the constitutionality of the Deficit Reduction Act. A docket entry of July 19, 2006, on *OneSimpleLoan*'s interlocutory appeal from that decision indicates that the "motion to enjoin the DRA is DENIED because Appellants have failed to demonstrate that they will suffer irreparable harm in the absence of a stay, or that they have a substantial possibility of success on appeal." *OneSimpleLoan v. Secretary of Education*, No. 06-2770 (2d Cir.). Copy of Docket Attached (Attachment A).

Our reply brief had also cited (at 1-2) a decision in favor of the constitutionality of the Act in *California Department of Social Services v. Leavitt,* No. CIV S-99-0355 (E.D. Cal.), and attached a transcript of the oral ruling in that case of June 16, 2006. On July 18, 2006, that court issued a written memorandum and order setting forth the reasons for its decisions. A copy of that memorandum and order is attached (Attachment B). That memorandum and order addresses the constitutionality of the Deficit Reduction Act at pages 13-15 & n.7.

        Respectfully submitted,

        PETER D. KEISLER
        Assistant Attorney General

        KENNETH L. WAINSTEIN
        United States Attorney

        *Brian G. Kennedy*
        Sheila M. Lieber
        Brian G. Kennedy (D.C. Bar 228726)
        United States Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Avenue N.W.  Room 7204
        Washington, D.C.  20530
        Tel.: (202) 514-3357
        Fax: (202) 616-8470
        Email: brian.kennedy@usdoj.gov

        Attorneys for Defendant