[Home] [PACER] [Opinions]                                           

# General Docket
## US Court of Appeals for the Second Circuit

Second Circuit Court of Appeals

                                                    LEAD

                                                    CLOSED

Court of Appeals Docket #:     06-2770-cv
Nsuit : 2890            STATUTES-Other

Onesimpleloan v. U.S. Secretary of Education      Filed   6/12/06

Appeal     SDNY (NEW YORK CITY)
from:

Case type information:

    Civil

    United States

    None

Lower court information:

    District:      06-cv-2979

    Trial Judge:   Richard M. Berman

    MagJudge:

    Date Filed:    04/18/06

    Date order/judgement:   6/9/2006

    Date NOA filed:  6/12/2006

Fee status: Paid

Panel Assignment:

Panel:

Date of decision:

Prior cases:  NONE

Current cases NONE

Official Caption 1/
□                                                   LEAD

                                                    CLOSED

```
----------------------------------------
Docket No. [s] : 06-2770 -cv (lead), 06-2994-cv (con)

OneSimpleLoan,
Carina D. Ball,
Nathan  Bazyk,

        Plaintiffs-Appellants,

                        v.

U.S. Secretary of Education,
Secretary`s Regional Representative for Region I,

        Defendants-Appellees.

----------------------------------------



Authorized Abbreviated Caption 2/
----------------------------------------
Docket No. [s] : 06-2770 -cv (lead), 06-2994-cv (con)

OneSimpleLoan  v.  U.S. Secretary of Education
----------------------------------------



------------------------------------------------------------
------------------
1/ Fed. R. App. P. Rule 12 [a] and 32 [a].
2/ For use on correspondence and motions only.
```

Docket as of    July 19, 2006        9:56 pm                  Page    2

☐                                                             LEAD

                                                              CLOSED

| | |
|---|---|
| Carina D. Ball | John J. Witmeyer Esq. |
| Plaintiff-Appellant | [ LD ret ]<br>Ford Marrin Esposito Witmeyer & Gleser, LLP<br>Wall St. Plaza  88 Pine St.<br>New York  , NY , 10005<br><br>212-269-4900 |
| Nathan  Bazyk | John J. Witmeyer Esq.(See above) |
| Plaintiff-Appellant | [ LD ret ] |
| OneSimpleLoan | John J. Witmeyer Esq.(See above) |
| Plaintiff-Appellant | [ LD ret ] |
| Carina D. Ball | Matthew Christian Ferlazzo Esq. |

| | |
|---|---|
| Plaintiff-Appellant | [ inf ]<br>Ford Marrin Esposito Witmeyer & Gleser<br>Wall St. Plaza  88 Pine St.<br>New York , NY , 10005 |

Docket as of    July 19, 2006         9:56 pm                    Page    3

☐                                                                LEAD

                                                                 CLOSED

| | |
|---|---|
| Nathan  Bazyk | Matthew Christian Ferlazzo Esq.<br>(See above) |
| Plaintiff-Appellant | [ inf ] |
| OneSimpleLoan | Matthew Christian Ferlazzo Esq.<br>(See above) |
| Plaintiff-Appellant | [ inf ] |
| Secretary's Regional Representative for Region II<br>Defendant-Appellee | Robert  Yalen Esq.<br><br>[ LD ret ]<br>U.S. Attorney's Office, SDNY<br><br>86 Chambers Street<br>New York , NY , 10007<br><br>212-637-2722 |
| U.S. Secretary of Education<br><br>Defendant-Appellee | Robert  Yalen Esq.(See above)<br><br>[ LD ret ] |

Docket as of    July 19, 2006         9:56 pm                    Page    4

☐                                                                LEAD

                                                                 CLOSED

6/12/06   Copy of notice of appeal and district court
          docket entries on behalf of   APPELLANT
          OneSimpleLoan,  Carina Ball,  Nathan Bazyk,
          filed.
          Fee paid in District Court: Receipt # 581395
           [LY]

6/12/06   APPELLANT   OneSimpleLoan,  Carina Ball,
          Nathan Bazyk,  Form C filed, with proof of
          service.   [LY]

6/12/06   APPELLANT   OneSimpleLoan,  Carina Ball,
          Nathan Bazyk,  Form D filed, with proof of
          service.   [LY]

6/12/06   Transfer Order, dated 06/12/06, Received
          from USDC, SDNY/NYC   [LY]

6/12/06   Copy of district court decision and order,

```
            dated 06/09/06, RECEIVED.   [LY]

6/12/06   APPELLANT    OneSimpleLoan,  Carina Ball,
          Nathan Bazyk,  disclosure letter pursuant to
          FRAP Rule 26.1 Filed.   [LY]

6/12/06   Appellant   OneSimpleLoan, Appellant  Carina
          Ball, Appellant  Nathan Bazyk motion to
          expedite appeal and stay, filed with proof
          of service.   [LY]

6/12/06   Declaration of John J. Witmeyer, attorney
          for appellants, in support of the motion
          expedite appeal filed with proof of service.
           [LY]

6/12/06   Appellant`s brief (20 pages in total) and
          exhibits in support of the motion to
          expedite appeal and stay filed with proof of
          service.   [LY]

6/19/06   Notice to counsel in re: Order, dated
          06/19/06, denying a temporary stay.   [LY]

6/19/06   Order FILED REFERRING motion expedite appeal
          by Appellant   OneSimpleLoan, Appellant
          Carina Ball, Appellant  Nathan Bazyk,
          endorsed on motion dated 6/12/2006.
          IT IS HEREBY ORDERED that a temporary stay
          is denied and the motion is referred to the
          panel for the week of July 10, 2006 subject
          to the approval of the presiding judge.

Docket as of    July 19, 2006         9:56 pm               Page    5

☐                                                       LEAD

                                                      CLOSED

          Appellee to file opposing papers by 5PM
          Thursday, June 22, 2006.
          Before: Honorable Richard C. Wesley, Circuit
          Judge
          Endorsed: AA AMH   [LY]

6/22/06   Motion to stay and expedited appeal is on
          the pro se panel motions calendar for July
          10, 2006**ON SUBMISSION**; any responsive
          papers to calendar ASAP   [JC]

6/22/06   Notice of appeal acknowledgment letter from
          Robert Yalen received.   [LY]

6/22/06   Memo of law in opposition to motion expedite
          appeal, filed with proof of service.   [LY]

6/22/06   Declaration of Robert William Yalen in
          opposition to motion expedite appeal, along
          with exhibits, filed with proof of service.
           [LY]
```

| | |
|---|---|
| 6/23/06 | Notice of appeal acknowledgment letter from John Witmeyer received. [LY] |
| 6/29/06 | Appellant`s reply to response to motion for a stay and expedited appeal, and declaration in support of, filed with proof of service. [LY] |
| 6/30/06 | The CAPTION PAGE for this appeal has been AMENDED. [LY] |
| 6/30/06 | Notice to counsel in re: Amended caption [LY] |
| 7/19/06 | Notice to counsel in re: Order, dated 07/19/06, denying motion for expedited appeal. [LY] |
| 7/19/06 | Certified copy of the order, Order, dated 07/19/06, denying motion for expedited appeal, issued to the district court. [LY] |
| 7/19/06 | Order FILED DENYING motion expedite appeal by Appellant  OneSimpleLoan, Appellant  Carina Ball, Appellant  Nathan Bazyk.<br><br>Appellants move to: (1) expedite the appeal; (2) enjoin the Appellees from implementing a March 31, 2006 cut-off date for the processing of two-step reconsolidations of student loans in the event that Congress did not pass Section 7015 for the Emergency |

Docket as of   July 19, 2006         9:56 pm                              Page    6

☐                                                                      LEAD

                                                                        CLOSED

Supplemental Appropriations Act of Defense, the Global War on Terror, and Hurricane Recovery, 2006, during thre week of June 12, 2006; and (3) enjoin the Deficit Reduction Omnibus Act of 2005, P.L. 109-171 ("DRA") from going into effect. Upon due consideration, it is ORDERED that Appellant`s motion to expedite the appeal is DENIED; and, the motion to enjoin the DRA is DENIED because the Appellants have failed to demonstrate that they will suffer irreparable harm in the absence of a stay, or that they have a substantial possibility of success on appeal. See LaRouche v. Kezer, 20 F.3d 68, 72 (2d Cir. 1994); Hirschfield v. Board of Elections, 984 F.2d 35, 39 (2d Cir. 1993).
Before: Honorable Barrington D. Parker, Circuit Judge
Honorable Richard C. Wesley, Circuit Judge


```
        Honorable Peter W. Hall, Circuit Judge
        Endorsed: Lucille Carr   [LY]

Docket as of    July 19, 2006       9:56 pm             Page    7
```

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/20/2006 14:49:58 | | | |
| PACER Login: | dj0009 | Client Code: | |
| Description: | dkt report | Case Number: | 06-2770 |
| Billable Pages: | 6 | Cost: | 0.48 |