IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC CITIZEN,  )<br>  )<br>   Plaintiff  )<br>  )<br>   v.  )<br>  )<br>CLERK, UNITED STATES DISTRICT  )<br>  COURT FOR THE DISTRICT OF  )<br>  COLUMBIA,  )<br>  )<br>   Defendant  )<br>_____ ) | Civil Action No. 06-523<br>Judge Bates |

### DEFENDANT'S SECOND NOTICE OF DEVELOPMENTS IN OTHER CASES ADDRESSING CONSTITUTIONALITY OF DEFICIT REDUCTION ACT

At the conclusion of oral argument on July 10, the Court requested that counsel for defendant notify the Court of decisions in other cases addressing the constitutionality of the Deficit Reduction Act.

Our reply brief had cited (at 1 and 21 n.8) *OneSimpleLoan v. Secretary of Education*, 2006 WL 1596768 (S.D.N.Y.), which sustained the constitutionality of the Deficit Reduction Act, and we previously noted that an interlocutory appeal in that case was pending. On August 9, 2006, the district court entered a final order in the action dismissing the non-DRA claims as moot and dismissing the DRA-related claims for the reasons set forth in its prior order. Attachment A.[1]

On August 9, 2006, the district court in *Conyers v. Bush*, No. 06-11972 (E.D. Mich.), set oral argument on motions to dismiss for October 25, 2006. Those

---

[1] The claims of one plaintiff were dismissed for an additional reason that is not material here.

motions raise the issues in this case and in addition challenge the standing of the plaintiffs, who are Members of the House of Representatives.

                              Respectfully submitted,

                              PETER D. KEISLER
                              Assistant Attorney General

                              KENNETH L. WAINSTEIN
                              United States Attorney

                              *Brian G. Kennedy*
                              Sheila M. Lieber
                              Brian G. Kennedy (D.C. Bar 228726)
                              United States Department of Justice
                              Civil Division, Federal Programs Branch
                              20 Massachusetts Avenue N.W. Room 7204
                              Washington, D.C. 20530
                              Tel.: (202) 514-3357
                              Fax: (202) 616-8470
                              Email: brian.kennedy@usdoj.gov

                              Attorneys for Defendant