UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PUBLIC CITIZEN,**<br><br>　Plaintiff,<br><br>　　v.<br><br>**CLERK, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA,**<br><br>　Defendant. | Civil Action No. 06-0523 (JDB) |

## ORDER

Upon consideration of [4] plaintiff's motion for summary judgment, [6] defendant's motion to dismiss, and [7] the brief of amicus CTIA - The Wireless Association, and the entire record herein, and for the reasons stated in the Memorandum Opinion issued on this date, it is hereby

**ORDERED** that plaintiff's motion for summary judgment is **DENIED**; and it is further

**ORDERED** that defendant's motion to dismiss is **GRANTED**.

　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　JOHN D. BATES
　　　　　　　　　　　　　　　United States District Judge

DATE:　August 11, 2006