UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PUBLIC CITIZEN,                           )
                                          )
       Plaintiff,                        )
                                          )
v.                                        )   Civil Action No. 06-523 JDB
                                          )
CLERK, UNITED STATES DISTRICT             )
COURT FOR THE DISTRICT OF                 )
COLUMBIA,                                 )
                                          )
       Defendant.                        )

## NOTICE OF APPEAL

Plaintiff Public Citizen appeals to the United States Court of Appeals for the District of Columbia Circuit from this Court's order entered on August 11, 2006, denying plaintiff's motion for summary judgment and granting defendant's motion to dismiss the complaint for failure to state a claim on which relief can be granted.

Dated: August 14, 2006

                                                Respectfully submitted,

                                                /s/ Adina H. Rosenbaum
                                                Allison M. Zieve (D.C. Bar No. 424786)
                                                Adina H. Rosenbaum (D.C. Bar No. 490928)
                                                Brian Wolfman (D.C. Bar No. 427491)
                                                Public Citizen Litigation Group
                                                1600 20th Street, NW
                                                Washington, DC  20009
                                                (202) 588-1000

                                                Counsel for Plaintiff Public Citizen

**RECEIVED**

AUG 1 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I, Adina H. Rosenbaum, certify that on this 14th day of August, 2006, I caused a true and correct copy of the foregoing Notice of Appeal to be served by U.S. mail on counsel for defendant Clerk, United States District Court for the District if Columbia, at the following address:

Brian Kennedy
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Room 7204
Washington, DC  20530

_____
Adina H. Rosenbaum