# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-5232**                                              **September Term, 2006**

PUBLIC CITIZEN,
          APPELLANT

v.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA,
          APPELLEE



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  MAY 29 2007

CLERK

---

Appeal from the United States District Court
for the District of Columbia
(No. 06cv00523)

FILED JUL 27 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

---

Before: TATEL and GARLAND, *Circuit Judges*, and EDWARDS, *Senior Circuit Judge*.

## JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby affirmed, in accordance with the opinion of the court filed herein this date.

### Per Curiam

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 7/27/07
BY: [signature] Deputy Clerk
ATTACHED: ___ Amending Order
               ___ Opinion
               ___ Order on Costs

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: [signature]

Michael C. McGrail
Deputy Clerk

Date: May 29, 2007

Opinion for the court filed by Senior Circuit Judge Edwards.

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: [signature] Deputy Clerk